order is consequently modified on the law and on the facts and in the exercise of discretion to the extent of reducing the allowance to the committee for extraordinary and legal services to the sum of $500 plus $100 disbursements, and reducing the allowance to the special guardian to the sum of $200; and, as so modified, the order is affirmed, without costs. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GERTIE POSS et al., Appellants, v. HOTEL MURIDA, INC., Respondent.— There is sufficient in the application of the plaintiff for a general preference under subdivision 5 of rule IV of the Rules of the Supreme Court, Bronx County, to raise an issue as to the causal connection between the accident and the detachment of the retina of the left eye, as indicated by the doctor's affidavit. We cannot decide that issue on the affidavits submitted in support of the application for a preference under the rule. If in fact there is a detached retina which was caused by the accident plaintiff is entitled to a trial in the Supreme Court. In the circumstances the order appealed from is reversed, and the application for a general preference under rule IV is granted, with $20 costs and disbursements to appellants. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GERTIE POSS et al., Appellants, v. HOTEL MURIDA, INC., Respondent. — Appeal unanimously dismissed having become academic by virtue of the decision in *Poss* v. *Hotel Murida* (6 A D 2d 1031). Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SKYWAY AUTO RAMP, INC., Respondent, v. HERMAN J. ZAWIN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.·

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STUART MITCHELL, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and·Stevens, JJ.

■ In the Matter of JOHN BENKERT et al., on Behalf of Themselves Individually and All Other Members of BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Similarly Aggrieved, Appellants, against ADAM METZ et al., as Directors of BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Respondents.— Final order unanimously affirmed, with costs to the respondents, No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ENGLISH-SPEAKING UNION (NEW YORK), INC., Respondent, v. HENRY PAYSON, Appellant. BETTY SCHWARTZ, Appellant, v. ENGLISH-SPEAKING UNION (NEW YORK), INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Accounting of FIRST NATIONAL CITY BANK OF NEW YORK, as Temporary Administrator of the Estate of, and as Executor of AUGUSTA JOHNSON, Deceased, Respondent. ETHEL KUTTROFF, Appellant; AMERICAN NATIONAL RED CROSS et al., Respondents.— Decree so appealed from affirmed, with costs to the respondent-executor against claimant-appellant. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Accounting of WALTER BEINECKE et al., as Trustees of FLORENCE S. SCHUETTE, Deceased. GERALD DONOVAN, as Sole Surviving Trustee, et al., Appellants; VIRGINIA BRINCKERHOFF, Individually and as Executrix of LOUIS STREUBER, JR., Deceased, Respondent.— Decree, so far as appealed from, affirmed, with costs to all parties appearing separately and filing briefs, payable out of the terminated trust estates in the same proportions as directed by the Surrogate. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. [11 Misc 2d 212.]